# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

VICTORIA SOBOLESKI, on behalf of herself and others similarly situated,

    Plaintiff,

v.

LUMINESS DIRECT LLC,

    Defendant.

Case No. 2:24-CV-13397

District Judge Laurie J. Michelson

Magistrate Judge Kimberly G. Altman

## SECOND STIPULATED ORDER EXTENDING DATE TO RESPOND TO COMPLAINT

The parties previously agreed to extend the date by which defendant Luminess Direct LLC must answer, move, or otherwise plead in response to plaintiff Victoria Soboleski's Complaint for the purpose of continuing their ongoing efforts to explore a resolution of this matter and now agree to extend the response date by an additional 10 days so their discussions can continue, and the Court finding that good cause exists to extend the response date a second time;

    IT IS HEREBY ORDERED that the date by which Luminess Direct must answer, move, or otherwise plead in response to the complaint shall be, and is, EXTENDED to February 28, 2025.

    IT IS SO ORDERED.

Dated: 2/18/2025

s/Laurie J. Michelson
UNITED STATES DISTRICT JUDGE

So stipulated:

| | |
|---|---|
| **PARONICH LAW, P.C.** | **BROOKS WILKINS SHARKEY & TURCO, PLLC** |
| By: *Anthony Paronich* | By: *T.L. Summerville* |
| Anthony I. Paronich | Michael R. Turco (P48705) |
| 350 Lincoln Street, Suite 2400 | T.L. Summerville (P63445) |
| Hingham, MA 02043 | 401 South Old Woodward Avenue |
| 617.485.0018 | Suite 400 |
| anthony@paronichlaw.com | Birmingham, Michigan 48009 |
| | 248.971.1800 |
| | turco@bwst-law.com |
| | Summerville@bwst-law.com |