UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, *on behalf of herself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> LUMINESS DIRECT LLC <br><br> Defendant. | Civil Action No.: 24-cv-13397 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).


Dated: March 6, 2025            PLAINTIFF,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com